# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**GEORGE DONNELLY,**
   **Plaintiff,**

v.              **Case No: 6:18-cv-128-Orl-28DCI**

**BLUE WATER TILE & STONE, LLC and**
**CHAD AKINS,**
   **Defendants.**

## ORDER

On October 23, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 30) recommending that this case be dismissed without prejudice and be closed. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record, and noting that no objection to the Report has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  This case is **DISMISSED without prejudice**.

3.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on November 7, 2018.

              JOHN ANTOON II
              United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties